Purdy and others, as Commissioners of Taxes and Assessments.

PER CURIAM. Order affirmed, with $10 costs and disbursements. We think that the findings of the Special Term as to the excessiveness of the assessment were justified by the evidence, irrespective of the question of the amount of the assessments of previous years. See, also, 152 App. Div. 932, 137 N. Y. Supp. 1136.

---

PEOPLE ex rel. ELLIS, Appellant, v. SMITH et al., Town Assessors, Respondents. (Supreme Court, Appellate Division, Third Department. March 4, 1914.)· Proceeding by the People of the State of New York, on the relation of Arnold H. Ellis, against E. Lyman Smith and others, Assessors of the Town of Willsboro, Essex County. No opinion. Final order and judgment unanimously affirmed, with costs.

---

PEOPLE ex rel. FLOOD, Appellant, v. ASSOCIATION OF MASTER PLUMBERS, Respondent. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Proceeding by the People of the State of New York, on the relation of Eugene Flood, against the Association of Master Plumbers. C. J. Earley, of New York City, for appellant. H. B. Tibbetts, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

PEOPLE ex rel. FOLEY v. WALDO, Police Com'r. (Supreme Court, Appellate Division, Second Department. March 27, 1914.) Proceeding by the People of the State of New York, on the relation of James C. Foley, against Rhinelander Waldo, Police Commissioner of the City of New York. No opinion. Determination confirmed, with $50 costs and disbursements, and writ quashed.

---

PEOPLE ex rel. GAINSFORTH, Appellant, v. BRANNAN et al., Respondents. (Supreme ·Court, Appellate Division, First Department, February 13, 1914.) Proceeding by the People of the State of New York, on the relation of Sarah A. Gainsforth, against John W. Brannan and others. A. J. Tailey, of New York City, for appellant. T. Farley, of New York City, for respondents. No opinion. Order affirmed, with costs. Order filed.

---

PEOPLE ex rel. JAY ST. RY. CO. v. McCALL et al. (Supreme Court, Appellate Division, First Department. March 20, 1914.) Proceeding by the People of the State of New York, on the relation of the Jay Street Railway Company against Edward E. McCall and others. W. N. Dykman, of Brooklyn, for relator. G. S. Coleman, of New York City for respondents. No opinion. Writ dismissed, and proceedings confirmed, with costs. Settle order on notice.

---

PEOPLE ex rel. KENEHAN v. HIGGINS. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Proceeding by the People of the State of New York, on the relation of Christopher Kenehan, against Thomas J. Higgins, as commissioner, etc. No opinion. Motion denied, with $10 costs. Order filed. See, also, 159 App. Div. 226, 144 N. Y. Supp. 157.

---

PEOPLE ex rel. KENERSON v. RUOFF, County Clerk. (Supreme Court, Appellate Division, Second Department. February 27, 1914.) Proceeding by the People of the State of New York, on the relation of William W. Kenerson, against Leonard Ruoff, Clerk of the County of Queens. No opinion. Order affirmed, with $10 costs and disbursements.

---

PEOPLE ex rel. KNOENER v. JOHNSON. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Proceeding by the People of the State of New York, on the relation of George W. Knoener, against Joseph Johnson, as commissioner, etc. No opinion. Motion denied, with $10 costs. Order filed. See, also, 155 App. Div. 898, 140 N. Y. Supp. 1139.

---

PEOPLE ex rel. MASTERSON, Appellant, v. DEPARTMENT OF HEALTH OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Proceeding by the People of the State of New York, on the relation of Hugh W. Masterson, against the Department of Health of the City of New York. F. E. Klein, of New York City, for appellant. W. E. C. Mayer, of Brooklyn, for respondent. No opinion. Order affirmed, with $10 costs and dis-·bursements. Order filed.

---

PEOPLE ex rel. METROPOLITAN ST. R. CO. v. STATE BOARD OF TAX COM'RS. (Supreme Court, Appellate Division, First Department. March 6, 1914.) Proceeding by the People of the State of New York, on the relation of the Metropolitan Street Railroad Company, against the State Board of Tax Commissioners. No opinion. Motion for resettlement granted. Settle orders on notice. Memorandum per curiam. See, also, 159 App. Div. 136, 144 N. Y. Supp. 74.

---

PEOPLE ex rel. MORRISSEY v. WALDO, Police Com'r. (Supreme Court, Appellate Division, Second Department. · March 20, 1914.) Proceeding by the People of the State of New York, on the relation of John J. Morrissey, against Rhinelander Waldo, as Police Commissioner of the City of New York.

PER CURIAM. Determination annulled, on the ground that it is against the evidence, with $50 costs and disbursements, and relator reinstated.

BURR and PUTNAM, JJ., dissent.